# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RICHARD D. KROGH and<br>SUE ELLEN KROGH<br><br>V.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, ET AL. | §<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CASE NO. 4:11-CV-510<br>Judge Schneider/Judge Mazzant |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 26, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations as to Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, which is successor by merger to Chase Manhattan Mortgage Corporation, incorrectly sued as Chase Home Finance, LLC and Chase Manhattan Mortgage Corporation, and Federal Home Loan Mortgage Corporation's Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Dkt. #7), finding that Defendants' Motion to Dismiss should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, which is successor by merger to Chase Manhattan Mortgage Corporation

("JPMC"), incorrectly sued as Chase Home Finance, LLC and Chase Manhattan Mortgage Corporation, and Federal Home Loan Mortgage Corporation's Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Dkt. #7) is **GRANTED** and the case is **DISMISSED** with prejudice.

   **It is SO ORDERED.**

   **SIGNED this 18th day of November, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE